IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

MICHAEL PHILLIPS                                                    PLAINTIFF

v.                                    Case No. 4:13-cv-04108

JAMES SINGLETON; JOHNNY
GODBOLT; LT. STEVEN GLOVER;
PE'AIRE SUMMERVILLE' and
HEATH ROSS                                                        DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed by the Honorable Barry A. Bryant,

United States Magistrate Judge for the Western District of Arkansas.  (ECF No. 26).  Judge Bryant

recommends that Plaintiff's Complaint (ECF No. 1) be dismissed without prejudice on the grounds

that Plaintiff has failed to comply with the Federal Rules of Civil Procedure and Local Rules and has

failed to prosecute this matter.

The parties have not filed objections to the Report and Recommendation, and the time to

object has passed.  *See* 28 U.S.C. § 636(b)(1).  The Court adopts the Report and Recommendation

*in toto*.  Accordingly, all of Plaintiff's claims against Defendants are **DISMISSED WITHOUT**

**PREJUDICE**.

IT IS SO ORDERED, this 7th day of April, 2015.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge